## FLOWERS v. STATE.
### No. 22726.

Court of Criminal Appeals of Texas.

Jan. 19, 1944.

Oscar Callaway, of Comanche, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

**68**

GRAVES, Judge.

Conviction is for driving an automobile upon a public highway while appellant was intoxicated. Punishment assessed is a fine of sixty dollars.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.